LAWYERS FOR CLEAN WATER, INC.
Daniel Cooper (Bar No. 153576)
Layne Friedrich (Bar No. 195431)
Martin McCarthy (Bar No. 194915)
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: cleanwater@sfo.com

Attorney for Plaintiff
ORANGE COUNTY COASTKEEPER

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGE COUNTY COASTKEEPER, a non-profit corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>VISTA METALS CORP., a corporation, ALPERT & ALPERT IRON & METAL, INC., a corporation, and THE ALPERT GROUP, a limited liability company,<br><br>  Defendants. | Civil Case No.: EDCV07-00932 DDP (FMOx)<br><br>**ORDER RE ENTRY OF CONSENT DECREE**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq*.)** |

///

///

///

[proposed] ORDER RE ENTRY OF
CONSENT DECREE                                    1                              Case No. EDC VO7-0932 DDP (FMOx)

# ORDER

This matter came before the Honorable Dean D. Pregerson, and upon review of Plaintiff Orange County Coastkeeper's Notice of Completion of Review Period and Request for Entry of Proposed Settlement, and the [proposed] Consent Decree attached thereto marked Exhibit A, the Court approves the Consent Decree and orders as follows:

1. The Consent Decree executed by the Parties is hereby approved and entered in this case.
2. This action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).
3. This Court hereby retains jurisdiction over the Parties with respect to disputes arising under the Consent Decree. The Court's jurisdiction shall end upon the termination of the Consent Decree pursuant to paragraph 32 of the Consent Decree.

**IT IS SO ORDERED:**

Date: January 15, 2009

_____
Honorable Dean D. Pregerson
UNITED STATES DISTRICT COURT JUDGE